UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:07CR182 |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JOHN LEE | ) | |
| | ) | |

This **MATTER** is before the court to correct an error in the judgment.

According to the judgment entered on October 6, 2008, Mr. Lee was to commence restitution payments 60 days after his release from imprisonment. Per the Federal Bureau of Prisons inmate locator, John Lee a/k/a Chi Kwang Lee was released on August 19, 2011. The "Investors Title" was incorrectly noted as "Investment Title" on the judgment, is listed as one of the restitution payees.

**IT IS THEREFORE ORDERED** that the incorrectly noted "Investment Title" be corrected to "Investors Title".

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the Court Finance Department and Investors Title Insurance Company..

**IT IS SO ORDERED.**

Signed: April 18, 2012

Frank D. Whitney
United States District Judge